# United States District Court
for the
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| **FRANCHISE FASTLANE, LLC** <br> *Plaintiff* <br> v. <br> **CANDICE WEETER; RYAN LOGAN** <br> *Defendant* | Civil Action No. 8:25-cv-02538-MSS-AAS |

## AFFIDAVIT OF SERVICE

I, Dedra D'Orta, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on September 25, 2025, at 2:25 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Candice Weeter in Hillsborough County, FL on September 26, 2025 at 8:40 am at 213 S Westland Ave, Apt 2, Tampa, FL 33606-1796 by personal service by handing the following documents to an individual identified as Candice Weeter.

Complaint
Exhibits A - F to Complaint
Civil Cover Sheet
Summons Issued to Candice Weeter

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a).

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Female, est. age 35-44, glasses: N, Blonde hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".

Geolocation of Serve: https://google.com/maps?q=27.942325,-82.4820466667
Photograph: See Exhibit 1

Total Cost: $226.90

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  [county] Hillsborough ,
FL [state]   on   [date] 09/26/25

/s/ [signature]
Signature
Dedra D'Orta
18-666515, 13th Judicial Circuit
+1 (813) 446-3010
4913 W Bartlett Dr, Tampa, FL 33603



Exhibit 1a)