# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | |
|---|---|
| **FRANCHISE FASTLANE, LLC** )<br>)<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**CANDICE WEETER; RYAN LOGAN** )<br>)<br>*Defendant* ) | Civil Action No. 8:25-cv-02538-MSS-AAS |

## AFFIDAVIT OF SERVICE

I, Dedra D'Orta, state:

I am 18 years or older and not a party to this action. I am a certified or appointed process server in the county in which this defendant or witness was served.

I received the following documents on September 25, 2025, at 2:28 pm. I served these documents with my initials, identification number, and the date and hour of service endorsed thereon to Ryan Logan in Hillsborough County, FL on September 26, 2025 at 8:33 am at 3126 W Azeele, Unit 3, Tampa, FL 33609 by personal service by handing the following documents to an individual identified as Ryan Logan.

Complaint
Exhibits A - F to Complaint
Civil Cover Sheet
Summons Issued to Ryan Logan

Additional Description:
INDIVIDUAL SERVICE: I served the documents to the within named individual pursuant to F.S. 48.031(1)(a).

Based on the Conversation with the person accepting service, the defendant/respondent is not in the Military Service of the United States of America.

White Male, est. age 45-54, glasses: Y, No Hair hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=27.9410916667,-82.495225

Photograph: See Exhibit 1

Total Cost: $226.90

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in  Hillsborough County , FL on 09/26/25

Signature
Dedra D'Orta
18-666515, 13th Judicial Circuit
+1 (813) 446-3010
4913 W Bartlett Dr, Tampa, FL 33603



Exhibit 1a)