UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCHISE FASTLANE, LLC,

    Plaintiff,

v.

                                   Case No.: 8:25-cv-02538-MSS-AAS

CANDICE WEETER and
RYAN LOGAN,

    Defendants.

_____/

**NOTICE OF A RELATED ACTION**[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Date: October 13, 2025

*/s/ William J. Schifino, Jr.*
William J. Schifino, Jr., Esq.
Florida Bar Number 564338
Justin P. Bennett, Esq.
Florida Bar Number 112833
Gregory L. Pierson, Esq.
Florida Bar Number 123905
Beatriz M. Miranda, Esq.
Florida Bar No. 127146
**GUNSTER, YOAKLEY & STEWART, P.A.**
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Facsimile: (813) 228-6739
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Primary email: bmiranda@gunster.com
Secondary email: cwarder@gunster.com
Secondary email: tkennedy@gunster.com

***Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I certify that on October 14, 2025, a true and correct copy of the foregoing was filed with the Court via CM/ECF which will send a notice of electronic filing to the parties of record.

/s/ William J. Schifino, Jr.
William J. Schifino, Jr.