UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FRANCHISE FASTLANE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>CANDICE WEETER and<br>RYAN LOGAN,<br><br>    Defendants. | Case No. 8:25-CV-02538-MSS-AAS |

**DEFENDANTS' EVIDENTIARY HEARING WITNESS LIST**

Defendants Candice Weeter ("Weeter") and Ryan Logan ("Logan," and collectively "Defendants"), by counsel and pursuant to the Order Setting an Evidentiary Hearing [Doc. 16], disclose the following witnesses who may be called to testify at the evidentiary hearing scheduled for October 22, 2025, at 9:30 a.m. in this matter:

| Number | Witness |
|---|---|
| 1 | CANDICE WEETER<br>c/o G Matthew M. Gurvitz, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>2029 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone: (310) 855-3085<br>Primary email: mgurvitz@willkie.com |
| 2 | RYAN LOGAN<br>c/o G Matthew M. Gurvitz, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>2029 Century Park East, Suite 2900<br>Los Angeles, CA 90067 |

|   |   |
|---|---|
|   | Telephone: (310) 855-3085<br>Primary email: mgurvitz@willkie.com |
| 3 | JENNIFER CAIN<br>c/o G Matthew M. Gurvitz, Esq.<br>WILLKIE FARR & GALLAGHER LLP<br>2029 Century Park East, Suite 2900<br>Los Angeles, CA 90067<br>Telephone: (310) 855-3085<br>Primary email: mgurvitz@willkie.com |
| 4 | Witnesses listed by FRANCHISE FASTLANE, LLC |

Dated: October 20, 2025

By: /s/ *Matthew M. Gurvitz*
Matthew M. Gurvitz, Esq. (granted special admission)
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, CA 90067
Telephone: (310) 855-3085
Primary email: mgurvitz@willkie.com
Secondary email:
sgoodrich@willkie.com
Secondary email:
rrubio@willkie.com

By: /s/ *Justin P. Bennett*
William J. Schifino, Jr., Esq., FBN 564338
Justin P. Bennett, Esq., FBN 112833
Gregory L. Pierson, Esq., FBN 123905
Beatriz M. Miranda, Esq., FBN 127146
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, Florida 33602
Telephone: (813) 228-9080
Primary email: wschifino@gunster.com
Primary email: jbennett@gunster.com
Primary email: gpierson@gunster.com
Primary email: bmiranda@gunster.com

## **CERTIFICATE OF SERVICE**

I certify that on October 20, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Justin P. Bennett*
Justin P. Bennett, Esq.