UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Plaintiff(s),  Franchise Fastlane, LLC

Case No: 8:25-cv-02538-MSS-AAS

v.

| X | Evidentiary |
|---|---|
| __ | Trial |
| __ | Other |

Defendant(s), Candice Weeter and Ryan Logan/

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 10/22/2025 | | | | 06/2022, Propriety Matters Agreement, Candice Weeter |
| 2 | 10/22/2025 | | | | 07/15/2022, Propriety Matters Agreement, Ryan Logan |
| 3 | 10/22/2025 | | | | 08/13/2025, Troutman Pepper Locke Letter To A. Geisler |
| 4 | 10/22/2025 | | | | 08-13-2025, Troutman Pepper Locke Letter To C. Weeter |
| 5 | 10/22/2025 | | | | 08-13-2025, Troutman Pepper Locke Letter To R. Logan |
| 6 | 10/22/2025 | | | | 08-19-2025, Willkie Farr & Gallagher Letter to Troutman Pepper Locke |
| 7 | 10/22/2025 | | | | 07/17/2025, Screenshot of Text Chain Between |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

1

|    |            |  |  |  |                                                                                |
|----|------------|--|--|--|--------------------------------------------------------------------------------|
|    |            |  |  |  | C. Weeter, R. Logan, and T. Kissane                                            |
| 8  | 10/22/2025 |  |  |  | 08/01/2025, Email From L. Barnes To R. Logan                                   |
| 9  | 10/22/2025 |  |  |  | 07/31/2025, Screenshot of Text Chain Between S. Fletcher and R. Logan          |
| 10 | 10/22/2025 |  |  |  | 08/01/2025, Email From R. Logan to R. Logan (4:36PM)                           |
| 11 | 10/22/2025 |  |  |  | 08/01/2025, Email From R. Logan to R. Logan (4:37PM)                           |
| 12 | 10/22/2025 |  |  |  | 08/01/2025, Email From R. Logan to R. Logan (4:38PM)                           |
| 13 | 10/22/2025 |  |  |  | 08/22/2025, Copy Of FedEx Tracking Receipt                                     |
| 14 | 10/22/2025 |  |  |  | 08/04/2025, Screenshot Of Text Chain Between C. Miles And R. Logan             |
| 15 | 10/22/2025 |  |  |  | 09/14/2025, Screenshot Of Text Chain Between M. Lewis And R. Logan             |
| 16 | 10/22/2025 |  |  |  | 09/26/2025, Screenshot Of Voicemail from M. Lewis To R. Logan                  |
| 17 | 10/22/2025 |  |  |  | 09/26/2025, Screenshot Of Text Chain Between M. Lewis, D. Hartley, And R. Logan |
| 18 | 10/22/2025 |  |  |  | 10/17/2025, Declaration Of R. Logan                                            |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | 3 |
| 19 | 10/22/2025 |  |  |  | 09/26/2025, Email Chain Between C. Wright, T. Kissane, R. Zink, and C. Weeter |
| 20 | 10/22/2025 |  |  |  | 07/17/2025, Screenshot Of Text Chain Between T. Kissane And C. Weeter |
| 21 | 10/22/2025 |  |  |  | 07/17/2025, Screenshot Of Text Chain Between D. Tarinelli And C. Weeter |
| 22 | 10/22/2025 |  |  |  | 07/19/2025, Screenshot Of Text Chain Between D. Tarinelli And C. Weeter |
| 23 | 10/22/2025 |  |  |  | 07/25/2025, Screenshot Of Text Chain Between D. Tarinelli And C. Weeter |
| 24 | 10/22/2025 |  |  |  | 08/04/2025, Email From L. Barnes To C. Weeter |
| 25 | 10/22/2025 |  |  |  | 08/04/2025, Email From C. Weeter To C. Weeter (3:12 PM) |
| 26 | 10/22/2025 |  |  |  | 08/04/2025, Email From C. Weeter To C. Weeter (3:13 PM) |
| 27 | 10/22/2025 |  |  |  | 08/04/2025, Email From C. Weeter To C. Weeter (3:14 PM) |
| 28 | 10/22/2025 |  |  |  | 08/04/2025, Email From C. Weeter To C. Weeter (3:15 PM) |
| 29 | 10/22/2025 |  |  |  | 08/02/2025, Screenshot Of Text Chain Between J. |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Hamburger And C. Weeter |
| 30 | 10/22/2025 | | | | 08/05/2025, Screenshot Of Text Chain Between T. Kissane And C. Weeter |
| 31 | 10/22/2025 | | | | 08/29/2025, Screenshot Of Text Chain Between R. Fanning And C. Weeter |
| 32 | 10/22/2025 | | | | 07/09/2025, Screenshot Of Text Chain Between M. Hines And C. Weeter |
| 33 | 10/22/2025 | | | | 09/03/2025, Screenshot Of Text Chain Between S. Baker And C. Weeter |
| 34 | 10/22/2025 | | | | 10/17/2025, Declaration Of C. Weeter |
| 35 | 10/22/2025 | | | | 10/17/2025, Declaration Of J. Cain |
| 36 | 10/22/2025 | | | | 10/06/2025, Declaration Of T. Koch |
| 37 | 10/22/2025 | | | | 10/06/2025, Declaration Of S. Simmons |
| 38 | Defendants reserve their rights to submit rebuttal exhibits or exhibits necessary for the impeachment of witnesses. | | | | |

Dated: October 20, 2025

By: */s/ Matthew M. Gurvitz*
Matthew M. Gurvitz, Esq. (granted special admission)
**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Justin P. Bennett*
William J. Schifino, Jr., Esq., FBN 564338
Justin P. Bennett, Esq., FBN 112833
Gregory L. Pierson, Esq., FBN 123905
Beatriz M. Miranda, Esq., FBN 127146
**GUNSTER, YOAKLEY & STEWART, P.A.**

4

| | |
|---|---|
| 2029 Century Park East, Suite 2900 | 401 E. Jackson Street, Suite 1500 |
| Los Angeles, CA 90067 | Tampa, Florida 33602 |
| Telephone: (310) 855-3085 | Telephone: (813) 228-9080 |
| Primary email: mgurvitz@willkie.com | Primary email: wschifino@gunster.com |
| Secondary email: | Primary email: jbennett@gunster.com |
| sgoodrich@willkie.com | Primary email: gpierson@gunster.com |
| Secondary email: | Primary email: bmiranda@gunster.com |
| rrubio@willkie.com | |

## CERTIFICATE OF SERVICE

I certify that on October 20, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Justin P. Bennett*
Justin P. Bennett, Esq.