UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FRANCHISE FASTLANE, LLC**<br><br>　　　　Plaintiff,<br>v.<br><br><br>**CANDICE WEETER and RYAN LOGAN,**<br><br>　　　　Defendants. | Case No. 8:25-cv-02538-MSS-AAS<br><br>　__X__　　Evidentiary<br>　_____　　Trial<br>　_____　　Other |

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| Plaintiff's Exhibit No. 1 | 10/22/25 | | | | Declaration of Stephen Simmons submitted in support of Plaintiff's Motion for Preliminary Injunction |
| Plaintiff's Exhibit No. 2 | 10/22/25 | | | | Candice (Milton) Weeter's Proprietary Matters Agreement with Franchise Fastlane |
| Plaintiff's Exhibit No. 3 | 10/22/25 | | | | Ryan Logan's Proprietary Matters Agreement with Franchise Fastlane |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| | | | | | |
|---|---|---|---|---|---|
| Plaintiff's Exhibit No. 4 | 10/22/25 | | | | CONFIDENTIAL:<br><br>July 28, 2025 Email from FranChoice to Candice Weeter |
| Plaintiff's Exhibit No. 5 | 10/22/25 | | | | CONFIDENTIAL:<br><br>Canopy Franchise Fee_Commission Structure.xlsx |
| Plaintiff's Exhibit No. 6 | 10/22/25 | | | | CONFIDENTIAL:<br><br>Call Log.xlsx |
| Plaintiff's Exhibit No. X | Plaintiff reserves the right to submit any exhibits, including rebuttal exhibits, necessary for purposes of impeaching or rehabilitating witnesses. | | | | |

Respectfully submitted on October 20, 2025:

By: /s/ *John S. Gibbs III*
John S. Gibbs III
Florida Bar No. 91102
evan.gibbs@troutman.com
Tracey Diamond
(granted special admission)
tracey.diamond@troutman.com
Moses Tincher
(granted special admission)
moses.tincher@troutman.com
Abolade Oyetunji
(granted special admission)
abolade.oyetunji@troutman.com

TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FRANCHISE FASTLANE, LLC**<br><br>     Plaintiff,<br>v.<br><br>**CANDICE WEETER and<br>RYAN LOGAN,**<br><br>     Defendants. | Case No. 8:25-cv-02538-MSS-AAS |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via this Court's CM/ECF System on this 20th day of October 2025, which will send a notice of electronic filing to all counsel of record.

                                                                    */s/ Moses M. Tincher*

                                                                    Moses M. Tincher
                                                                    Counsel for Plaintiff