UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **FRANCHISE FASTLANE, LLC**<br><br>    Plaintiff,<br>v.<br><br>**CANDICE WEETER and RYAN LOGAN,**<br><br>    Defendants. | Case No. 8:25-cv-02538-MSS-AAS<br><br>  __X__   Evidentiary<br>  _____   Trial<br>  _____   Other |

## PLAINTIFF'S WITNESS LIST

Pursuant to the Court's October 9, 2025 Order [Doc. 16], Plaintiff Franchise Fastlane LLC ("Plaintiff" or "FFL") hereby submits the following list of potential witnesses who may be called to testify at the evidentiary hearing set for Wednesday, October 22, 2025 at 9:30 a.m. in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 7A.

**Plaintiff's Witnesses**

1. Stephen Simmons
   c/o John S. Gibbs III
   Troutman Pepper Locke LLP
   600 Peachtree Street, NE Suite 3000
   Atlanta, GA 30308
   Telephone: 404.885.3000
   Email: evan.gibbs@troutman.com

2. Tim Koch
   c/o John S. Gibbs III
   Troutman Pepper Locke LLP
   600 Peachtree Street, NE Suite 3000
   Atlanta, GA 30308
   Telephone: 404.885.3000
   Email: evan.gibbs@troutman.com

3. Any witness(es) identified and listed by Defendants.

Respectfully submitted on October 20, 2025:

By: /s/ *John S. Gibbs III*
John S. Gibbs III
Florida Bar No. 91102
evan.gibbs@troutman.com
Tracey Diamond
(granted special admission)
tracey.diamond@troutman.com
Moses Tincher
(granted special admission)
moses.tincher@troutman.com
Abolade Oyetunji
(granted special admission)
abolade.oyetunji@troutman.com

TROUTMAN PEPPER LOCKE LLP
600 Peachtree Street, NE Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.962.6522

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via this Court's CM/ECF System on this 20th day of October 2025, which will send a notice of electronic filing to all counsel of record.

/s/ *Moses M. Tincher*

Moses M. Tincher
Counsel for Plaintiff