# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## HONORABLE MARY S. SCRIVEN

| | |
|---|---|
| CASE NO. 8:25-cv-2538-MSS-AAS | DATE: October 22, 2025 |
| TITLE: Franchise Fastlane, LLC v. Weeter et al | |
| TIME: 09:38 AM – 11:01 AM, 11:20 AM – 12:02 PM, 1:09 PM – 2:48 PM | TOTAL: 3 HR 44 MIN |
| Courtroom Deputy: Cynthia Biron | |
| Court Reporter: David Walker-Collier | |
| Counsel for Plaintiff: Abolade A. Oyetunji, John Sikes Gibbs, III, and Moses M. Tincher (Tim Koch, company representative) | |
| Counsel for Defendants: Gregory Lathrop Pierson, Steven Dylan Goodrich, Justin Patrick Bennett, and Matthew M. Gurvitz | |

**CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING (Dkts. 14, 15)**

Court called to session and Counsel identified for the record.

Opening statement by John Gibbs.

Opening statement by Matthew Gurvitz.

Witness:
Stephen Simmons; sworn and testified
Tim Koch; sworn and testified

Court in recess for approximately 15 minutes.

Court returns to session and Tim Koch re-takes the stand.

Court recesses for lunch for one hour.

Court called into session following lunch.

Witness:
Jennifer Cain; sworn and testified

Ryan Logan; sworn and testified
Candice Weeter Milton; sworn and testified

Rulings made on the record. Order to follow.

Court adjourned.