UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FRANCHISE FASTLANE, LLC,**

    **Plaintiff,**

v.                                       **Case No: 8:25-cv-02538-MSS-AAS**

**CANDICE WEETER and RYAN LOGAN,**

    **Defendants.**

___

### ORDER

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Preliminary Injunction, (Dkt. 14), Plaintiff's Motion for Expedited Discovery with Supporting Memorandum of Law, (Dkt. 15), the responses thereto, and Defendants' motion for attorney's fees and costs incurred in defending against the Motion for Preliminary Injunction.[1] Upon consideration of the motions, the responses, and the argument of counsel and evidence presented during the October 22, 2025 hearing in this action, and being otherwise fully advised, for the reasons stated at the hearing the Court hereby **ORDERS** that:

1. Plaintiff's Motion for Preliminary Injunction, (Dkt. 14), is **DENIED**.

2. Plaintiff's Motion for Expedited Discovery with Supporting Memorandum

---

[1] Defendant's motion appears at the close of Defendants' Opposition to Plaintiff Motion for Preliminary Injunction, (Dkt. 35), and was advanced by Defendants' counsel during the October 22, 2025 hearing in this action.

of Law, (Dkt. 15), is **DENIED**.

3. Defendants' motion for attorney's fees and costs incurred in defending against the Motion for Preliminary Injunction is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of October 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person